UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR182 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JESUS BELTRAN-RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on before the Court upon the United States' Motion for Final Order of

Forfeiture and Memorandum Brief (Filing No. 31). The Court reviews the record in this case and,

being duly advised in the premises, find as follows:

1. On August 24, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the

provisions of Title 18, United States Code, Sections 922(g), 924(d) and Title 28, United States Code,

2461(c), based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein.

By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Tanfoglio .22 caliber

revolver, model TA76, serial no. C02944, was forfeited to the United States.

2. On September 6, 13 and 20, 2007, the United States published in a newspaper of general

circulation notice of this forfeiture and of the intent of the United States to dispose of the property

in accordance with the law, and further notifying all third parties of their right to petition the Court

within the stated period of time for a hearing to adjudicate the validity of their alleged legal

interest(s) in said property. An Affidavit of Publication was filed herein on October 17, 2007 (Filing

No. 29).

3. The Court has been advised by the United States no Petitions have been filed. From a

review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 31) is hereby sustained.

B.   All right, title and interest in and to the Tanfoglio .22 caliber revolver, model TA76, serial no. C02944, held by any person or entity, is hereby forever barred and foreclosed.

C.  The  Tanfoglio .22 caliber revolver, model TA76, serial no. C02944, be, and the same hereby is, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 23rd day of October, 2007.

**BY THE COURT:**

S/ Laurie Smith Camp
**United States District Judge**